1  Brian P. Kinder, Esq. (SBN 212332)
   THE KINDER LAW GROUP, APC
2  19200 Von Karman, Fourth Floor
   Irvine, California 92612
3  Telephone: (949) 216-3070
   Facsimile: (949) 216-3074
4  Email: bkinder@tklglaw.com

5  Attorney for Plaintiff

6  John P. Byrne, Esq. (SBN 134412)
   THE BYRNELAW OFFICE
7  24011 Ventura Blvd., Suite 201
   Calabasas, California 91302
8  Telephone: (818) 593-5520
   Email: John.Bryne@brynelawcorp.com
9
   Attorney for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA ORTHO-MED INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARYA FARINPOUR, an individual, and DOES 1 - 10,<br><br>　　　　Defendant.<br><br>―――――――――――<br>ARYA FARINPOUR, an individual,<br><br>　　　　Counter-claimant,<br><br>　　v.<br><br>NOVA ORTHO-MED INC., a California corporation,<br><br>　　　　Cross-defendant. | Case No. 2:15-CV-7422-RGK-AFM<br><br>**[PROPOSED] JOINTLY STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case filed:　September 22, 2015<br>Judge:　　　Hon. R. Gary Klausner |

1
**JOINTLY STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

BY AND WITH THE STIPULATION OF THE PARTIES:

It is hereby ordered that the above-captioned matter shall be and is hereby dismissed, with prejudice, and without costs or attorney's fees to either party.

Respectfully submitted,

October 21, 2016
Dated

Brian P. Kinder, Esq. (SBN 212332)
THE KINDER LAW GROUP, APC
19200 Von Karman, Fourth Floor
Irvine, California 92612
Telephone: (949) 216-3070
Facsimile: (949) 216-3074
Email: bkinder@tklglaw.com
Attorney for Plaintiff

October 24, 2016
Dated

*John P. Byrne*

John P. Byrne, Esq.
THE BYRNELAW OFFICE
24011 Ventura Blvd., Suite 201
Calabasas, California 91302
Telephone: (818) 593-5520
Email: John.Bryne@brynelawcorp.com
Attorney for Defendant

IT IS SO ORDERED:

Dated

Hon. R. Gary Klausner
U.S. District Court Judge